1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9

10   BARRY STREET,                    )   No. EDCV 12-0061 CAS (FFM)
                                       )
11                 Petitioner,         )   ORDER ACCEPTING FINDINGS,
                                       )   CONCLUSIONS AND
12        v.                           )   RECOMMENDATIONS OF
                                       )   UNITED STATES MAGISTRATE JUDGE
13   BRENDA CASH, Warden,              )
                                       )
14                 Respondent.         )
     ─────────────────────────────────)
15

16        Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this

17   action, the attached Report and Recommendation of United States Magistrate Judge

18   ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with

19   and accepts the findings of fact, conclusions of law, and recommendations contained in

20   the Report after having made a de novo determination of the portions to which

21   objections were directed.

22        IT IS ORDERED that judgment be entered dismissing this action with prejudice

23   as time-barred.

24

25   DATED:  February 29, 2012

26

27                                         _____
                                           CHRISTINA A. SNYDER
28                                         United States District Judge